| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 4:11-CR-166 |
| | § | |
| HERB WHOSHAY ANDERSON | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been previously referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On May 15, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendation that Defendant Herb Whoshay Anderson's ("Anderson") Motion to Suppress (#536) be denied.

Neither the defendant nor the government filed objections to the Magistrate Judge's report and recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court. It is accordingly

**ORDERED** that Anderson's Motion to Suppress (#536) is **DENIED**.

SIGNED at Sherman, Texas, this 20th day of May, 2013.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE